# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| HUGH L. RILEY, Register No. 1104541, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4256-CV-C-NKL |
| | ) | |
| LARRY CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 26, 2007, the United States Magistrate Judge recommended that plaintiff's claims concerning defendants not complying with their own regulations regarding his assignment to administrative segregation; false conduct violations; denial of canteen privileges, mental health treatment, telephone calls, and reading materials; and that he is "illegally tortured," be dismissed. The Magistrate Judge further recommended that plaintiff's requests for preliminary injunctive relief be denied.

The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

On March 14, 2007, plaintiff filed a motion to dismiss his claims against Richard Corser, Carol Oetting and Melody Griffen. Plaintiff has not named these persons as defendants in this case. Accordingly, it is

ORDERED that plaintiff's motion to dismiss his claims in this case against Richard Corser, Carol Oetting and Melody Griffen is moot. [11] It is further

ORDERED that the Report and Recommendation of February 26, 2007, is adopted. [10] It is further

ORDERED that, pursuant to 28 U.S.C. § 1915A, plaintiff's claims concerning defendants not complying with their own regulations regarding his assignment to administrative

segregation; false conduct violations; denial of canteen privileges, mental health treatment, telephone calls, and reading materials; and that he is "illegally tortured," are dismissed for failure to state a claim on which relief can be granted under 42 U.S.C. § 1983. It is further

ORDERED that plaintiff's requests for preliminary injunctive relief are denied. [4]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 11, 2007
Jefferson City, Missouri

2