# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

**HUGH L. RILEY, Register No. 1104541**

v.

**LARRY CRAWFORD, et al**

### Case Number:  **06-4256-CV-C-NKL**

__     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

–     plaintiff's claims are dismissed for failure to comply with court orders, pursuant to the provisions of Fed. R. Civ. P. 41(b).

ENTERED ON: May 4, 2007

_____

May 4, 2007

Date

PATRICIA L. BRUNE
_____

Clerk

L. Bax
(By) Deputy Clerk